UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MATTHEWS BAPTIST CHURCH OF LIVERMORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDATION CAPITAL RESOURCES, INC., <br><br> Defendant. | Case No. 13-cv-05480-MEJ <br><br> **ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge Maria-Elena James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

Plaintiff has not filed a written consent to Magistrate Judge MARIA-ELENA JAMES's jurisdiction.  Plaintiff is advised that it also has the right to have this case assigned to a United States District Judge for trial and disposition.  Accordingly, Plaintiff shall inform the court whether it consents to Magistrate Judge Maria-Elena James's jurisdiction or requests reassignment to a United States District Judge.  Plaintiff shall file either a consent or declination form by January 2, 2014.  The forms are available at http://cand.uscourts.gov/civilforms.

**DEFENDANT SHALL SERVE THIS ORDER UPON PLAINTIFF.**

**IT IS SO ORDERED.**

Dated: December 19, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge