UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MATTHEWS BAPTIST CHURCH OF LIVERMORE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FOUNDATION CAPITAL RESOURCES, INC.,<br><br>    Defendant. | Case No. 13-cv-05480-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On December 18, 2013, Defendant Foundation Capital Resources, Inc. filed a Motion to Dismiss, with a noticed hearing date of February 6, 2014. Dkt. No. 7. However, Plaintiff St. Matthews Baptist Church of Livermore, Inc. failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff St. Matthews Baptist Church of Livermore, Inc. to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by January 16, 2014. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 30, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge