AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

St. Matthews Baptist Church of Livermore
Plaintiff (s),

V.

Foundation Capital Resources, Inc.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-05480

Notice is hereby given that, subject to approval by the court, St. Matthews Church of Livermore (Party (s) Name) substitutes Edwin C. Schreiber (Name of New Attorney), State Bar No. 41066 as counsel of record in place of David McDonough (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Schreiber & Schreiber, Inc.
Address: 16633 Ventura Boulevard, Suite 711
Telephone: (818) 789-2577 Facsimile (818) 789-3391
E-Mail (Optional): ed@schreiberlawfirm.com

I consent to the above substitution.
Date: 1/2/2014
(Signature of Party (s))

I consent to being substituted.
Date: 1/2/2014
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/2/2014
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 6, 2014

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Judge Maria-Elena James

[Note: A separate consent order of substitution must be filed by each n... earance.]