AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

St. Matthews Baptist Church of Livermore
        Plaintiff (s),

V.

Foundation Capital Resources, Inc.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-05480

Notice is hereby given that, subject to approval by the court, __St. Matthews Church of Livermore__ substitutes
(Party (s) Name)

__Eric A. Schreiber__, State Bar No. __194851__ as counsel of record in
(Name of New Attorney)

place of __David McDonough__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Schreiber & Schreiber, Inc.
    Address: 16633 Ventura Boulevard, Suite 711
    Telephone: (818) 789-2577    Facsimile (818) 789-3391
    E-Mail (Optional): eric@schreiberlawfirm.com

I consent to the above substitution.
Date: 1/2/2014
        (Signature of Party (s))

I consent to being substituted.
Date: 1/2/2014
        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/2/2014
        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 6, 2014

Judge Maria-Elena James

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]