UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ST. MATTHEWS BAPTIST CHURCH OF LIVERMORE, INC., | Case No. 13-cv-05480-MEJ |
|---|---|
| Plaintiff, | **ORDER VACATING CMC** |
| v. | |
| FOUNDATION CAPITAL RESOURCES, INC., | |
| Defendant. | |

This matter is currently scheduled for a Case Management Conference on February 27, 2014. However, based on the declaration filed by counsel for Defendant Foundation Capital Resources, Inc., it appears that no conference should take place. Instead, the Court ORDERS as follows:

1) The February 27, 2014 Case Management Conference is VACATED;

2) Plaintiff St. Matthews Baptist Church of Livermore, Inc. is ORDERED to file an amended consolidated complaint in Case No. 3:13-cv-05765-MEJ by March 3, 2014; and

3) Plaintiff shall file a voluntary dismissal without prejudice of this action (13-5480) by March 3, 2014.

Failure to comply with this Order may result in sanctions.

**IT IS SO ORDERED.**

Dated: February 20, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge