UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MATTHEWS BAPTIST CHURCH OF LIVERMORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDATION CAPITAL RESOURCES, INC., <br><br> Defendant. | Case No. 13-cv-05480-MEJ <br><br> **ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT IN C-13-5765 MEJ** |

On February 20, 2014, the Court set a deadline of March 3, 2014 for Plaintiff to file a voluntary dismissal without prejudice of the above-captioned action and to file an amended consolidated complaint in Case No. 3:13-cv-05765-MEJ.  Dkt. No. 23.  However, as Plaintiff's counsel has verified that the consolidated complaint "is virtually complete," (*see* Schreiber Decl. ¶ 5, Dkt. No. 16), and there is an order to show cause deadline of February 27, 2014 in 13-5765, the Court hereby changes the deadline to file the voluntary dismissal of this action and the amended complaint in 13-5765 to February 27, 2014.

**IT IS SO ORDERED.**

Dated: February 21, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge