UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MATTHEWS BAPTIST CHURCH OF LIVERMORE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUNDATION CAPITAL RESOURCES, INC., <br><br> Defendant. | Case No.  13-cv-05480-MEJ <br><br> **ADMINISTRATIVE ORDER CLOSING CASE FOR STATISTICAL PURPOSES** |

   As Plaintiff St. Matthews Baptist Church of Livermore, Inc. has chosen to file a consolidated amended complaint in *St. Matthews Baptist Church of Livermore, Inc. v. Foundation Capital Resources, Inc.*, C-13-5765 MEJ, the Court finds it unnecessary for this case to remain open and therefore administratively closes the above-captioned case for statistical purposes. Plaintiff shall file the amended complaint in the 13-5765 case, and the parties shall use that case number for all pleadings from this date forward.

   **IT IS SO ORDERED.**

Dated: February 27, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge